UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

DARIUS STOWE,

                                   Plaintiff,

-against-

THE GROVE, INC., THE WENDY'S COMPANY, DWAYNE MAXWELL, SHARONDA JOSEPH, LARONDA BROWN, "EDOUARD", KLEEVENS JUSTE, and TAMI-ANN FRANCIS.

                                   Defendant.
--------------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CASE NO.:
20-CV-02238

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated: November 2, 2020
       Lake Success, New York

By: _____
    Rocco G. Avallone
    Avallone & Bellistri, LLP
    Attorneys for Plaintiff
    3000 Marcus Avenue, Suite 3E7
    Lake Success, New York 11042

By: _____
    Justin V. Buscher, Esq.
    Eustace, Prezioso & Yapchanyk
    Attorneys for Defendants
    55 Water Street, 28th Floor
    New York, New York 10041

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II  U.S.D.J.
Dated: November 20, 2020